**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
PARENTEAU, MARGUERITE
PARENTEAU, DONALD

|  |  |
| --- | --- |
| CHAPTER 7 CASE | |
| CASE NO. 06B-13858 JS | |
| JUDGE JOHN SQUIRES | |

Debtor(s)

## TRUSTEE'S FINAL REPORT

To:     THE HONORABLE JOHN SQUIRES
         BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.     DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/26/06. The Trustee was appointed on 10/26/06. An order for relief under Chapter 7 was entered on 10/26/06.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of 11/7/07 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 25,089.80 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 1,250.00 |
| c. NET CASH available for distribution | $ | 23,839.80 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 3,258.98 |
|    2. Trustee Expenses (See Exhibit E) | $ | 60.00 |
|    3. Compensation requested by attorney or other | | |
|      professionals for trustee (See Exhibit F) | $ | 4,381.59 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 0.00 |

5.     The Bar Date for filing unsecured claims expired on <u>06/27/07</u>.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 7,700.57 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 35,009.77 |

7.     Trustee proposes that unsecured creditors receive a distribution of 46.10% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $4,381.59.  The total of Chapter 7 professional fees and expenses requested for final allowance is $7,700.57. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  11/7/07                                         RESPECTFULLY SUBMITTED,


By:/s/David Grochocinski
DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462


Invoice submitted to:
Parenteau, Margerite


November 06, 2007


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/22/2006 | DEG | Receipt and review of market analysis from debtors | 0.80<br>350.00/hr | 280.00 |
| 12/19/2006 | DEG | Letter to broker with information to contact debtors and review the property in Downers Grove | 0.20<br>350.00/hr | 70.00 |
| 1/12/2007 | DEG | Order tract search | 0.20<br>350.00/hr | 70.00 |
| 1/15/2007 | DEG | Receipt and review of tract search | 0.50<br>350.00/hr | 175.00 |
| 1/26/2007 | DEG | Facsimile letter from Jay Reese with copy of reaffirmation agreement for loan with Chase | 0.20<br>350.00/hr | 70.00 |
| 2/4/2007 | DEG | Receipt and review of letter from Jay Reese regarding real estate; offer $19,000 to purchase interest in real estate | 0.30<br>350.00/hr | 105.00 |
| 2/5/2007 | DEG | Email to Jay Reese; response to letter of February 4, 2007; will employ broker on Friday; get value from broker and discuss possible resolution | 0.20<br>350.00/hr | 70.00 |
| 2/16/2007 | DEG | Facsimile letter to broker with order of employment; need to discuss value | 0.20<br>350.00/hr | 70.00 |
| 2/23/2007 | DEG | Email to clerk of court regarding death of Mr. Parenteau; cannot complete financial magagement course; issue is the discharge of Mrs. Parenteau; will clerk issue discharge order as to Mrs. | 0.20<br>350.00/hr | 70.00 |
| 2/26/2007 | DEG | Email from clerk of court; will follow-up as soon soon as to discharge of Mrs. | 0.20<br>350.00/hr | 70.00 |
| 2/27/2007 | DEG | Prepared and sent email to Reese regarding $25,000 offer to buy interest in house | 0.60<br>350.00/hr | 210.00 |
| | DEG | Email to Jay Reese regarding value of home; will accept $25,000 to settle otherwise will list the property | 0.20<br>350.00/hr | 70.00 |
| 3/1/2007 | DEG | Email from Jay Reese regarding proposal of purchase of $25,000; to receive within 30 days | 0.20<br>350.00/hr | 70.00 |



EXHIBIT

A

Parenteau, Margerite

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2007 | DEG | Prepared asset notice; bar date set for June 27, 2007 | 0.20<br>350.00/hr | 70.00 |
| 4/16/2007 | DEG | Prepared letter to Harriet Bode with check for services rendered as broker | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Prepared letter to accountant with order approving employment; necessary documents to prepare tax returns | 0.80<br>350.00/hr | 280.00 |
| 6/1/2007 | DEG | Review secured claim of Hinsdale Bank and contact bank; need to withdraw claim | 0.50<br>350.00/hr | 175.00 |
| 6/4/2007 | DEG | Letter to Donald Newman regarding secured claim of Hinsdale Bank; needs to be withdrawn | 0.50<br>350.00/hr | 175.00 |
| 6/15/2007 | DEG | Receipt and review of letter from Hinsdale Bank regarding withdrawal of claim | 0.20<br>350.00/hr | 70.00 |
| 7/12/2007 | DEG | Final review of claims docket | 0.80<br>350.00/hr | 280.00 |
| 10/22/2007 | DEG | Telephone conference with accountant regarding death of Mr. and need to consolidate estates | 0.80<br>350.00/hr | 280.00 |
| 11/6/2007 | DEG | Prepared final report | 2.50<br>350.00/hr | 875.00 |
|  | DEG | Review of tax returns; preparation of prompt determination letters to IRS and IDR | 1.00<br>350.00/hr | 350.00 |
|  |  | SUBTOTAL: | [      11.80 | 4,130.00] |

Claims

| 5/31/2007 | DEG | Review file, docket and claims, one secured claim in auto filed, car not liquidated, get copy of claim and contact attorney<br>Claims | 0.80<br>350.00/hr | 280.00 |
|---|---|---|---|---|
|  |  | SUBTOTAL: | [       0.80 | 280.00] |

Real estate

| 1/23/2007 | DEG | Telephone conference with broker regarding value-she to send listing agreement<br>Real estate | 0.30<br>350.00/hr | 105.00 |
|---|---|---|---|---|
| 2/28/2007 | DEG | Telephone conference with Jay Reese regarding settlement on house; ok at $25,000; he to send letter<br>Real estate | 0.40<br>350.00/hr | 140.00 |
|  |  | SUBTOTAL: | [       0.70 | 245.00] |
|  |  | For professional services rendered | 13.30 | $4,655.00 |

## TRUSTEE COSTS

1)  **Tract Search**                                   $ <u>60.00</u>


**TOTAL COSTS**                                   $ <u>60.00</u>

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                     $_____25,089.80

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                    $_____20.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                          $_____39,300.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06B-13858 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** PARENTEAU, MARGUERITE | **Filed (f) or Converted (c):** 10/26/06 (f) |
| PARENTEAU, DONALD | **§341(a) Meeting Date:** 12/12/06 |
| **Period Ending:** 11/06/07 | **Claims Bar Date:** 06/27/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4604 SHERWOOD, DOWNERS GROVE | 275,000.00 | 45,000.00 | | 25,000.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,800.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 4 | 2002 BUICK REGAL | 7,100.00 | 0.00 | | 0.00 | FA |
| 5 | 2003 CHEVROLET MONTE CARLO | 7,700.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 89.80 | Unknown |
| **6** | **Assets**    **Totals** (Excluding unknown values) | **$292,000.00** | **$45,000.00** | | **$25,089.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** April 30, 2008

**Current Projected Date Of Final Report (TFR):** April 30, 2008

Printed: 11/06/2007 01:49 PM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06B-13858 JS | |
| **Case Name:** | PARENTEAU, MARGUERITE | |
| | PARENTEAU, DONALD | |
| **Taxpayer ID #:** | 13-7561432 | |
| **Period Ending:** | 11/06/07 | |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****29-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/07 | {1} | MARGUERITE PARENTEAU | SETTLEMENT PER ORDER OF 3/30/07 | 1110-000 | 25,000.00 | | 25,000.00 |
| 04/13/07 | 1001 | KOENIG & STREY/GMAC REAL ESTATE | COMMISSION | 3510-000 | | 1,250.00 | 23,750.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.90 | | 23,761.90 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.11 | | 23,775.01 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.27 | | 23,787.28 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.54 | | 23,800.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.13 | | 23,813.95 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 11.86 | | 23,825.81 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.99 | | 23,839.80 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **25,089.80** | **1,250.00** | **$23,839.80** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | **25,089.80** | **1,250.00** |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$25,089.80** | **$1,250.00** |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06B-13858 JS |
| **Case Name:** | PARENTEAU, MARGUERITE |
| | PARENTEAU, DONALD |
| **Taxpayer ID #:** | 13-7561432 |
| **Period Ending:** | 11/06/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****29-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 25,089.80 |
| Net Estate : | $25,089.80 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****29-65** | 25,089.80 | 1,250.00 | 23,839.80 |
| **Checking # ***-*****29-66** | 0.00 | 0.00 | 0.00 |
| | $25,089.80 | $1,250.00 | $23,839.80 |

{} Asset reference(s)

Printed: 11/06/2007 01:49 PM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

PARENTEAU, MARGUERITE
PARENTEAU, DONALD

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06B-13858 JS

JUDGE JOHN SQUIRES

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,700.57 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 16,139.23 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 23,839.80 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 7,700.57 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 3,258.98 | 3,258.98 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 60.00 | 60.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3,100.00 | 3,100.00 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 51.59 | 51.59 |
| ADMIN5 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,230.00 | 1,230.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $          0.00 | |

| 6.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $          0.00 | |

| 7.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $          0.00 | |

| 8.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $          0.00 | |

| 9.          TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $          0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $          0.00 | |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $    35,009.77 | 46.10% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 002 | CHASE BANK USA NA | 5,262.58 | 2,426.01 |
| 003 | CHASE BANK USA NA | 9,248.62 | 4,263.54 |
| 004 | CHASE BANK USA NA | 11,183.31 | 5,155.42 |
| 005 | CHASE BANK USA NA | 9,315.26 | 4,294.26 |
| | | TOTAL          $ | 16,139.23 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $         0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL        $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

Secured     001       HINSDALE BANK & TRUST CO          $    7,695.14          Withdrawn
                      25 E FIRST STREET
                      HINSDALE, IL  60521-

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____          _____

                                  DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 3,100.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 51.59 | |
| | | | 3,151.59 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,230.00 | |
| | | | 1,230.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 4,381.59 | $ 4,381.59 |

1