**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PARENTEAU, MARGUERITE<br>PARENTEAU, DONALD<br><br>                    Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-13858 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Room 2000
         Wheaton, Illinois 60187

    on:  January 11, 2008
    at:  10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $            25,089.80

    b. Disbursements                         $             1,250.00

    c. Net Cash Available for Distribution   $            23,839.80

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $3,258.98 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $60.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $3,100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $51.59 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,230.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $35,009.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 46.10%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | CHASE BANK USA NA | $ 5,262.58 | $ 2,426.01 |
| 003 | CHASE BANK USA NA | $ 9,248.62 | $ 4,263.54 |
| 004 | CHASE BANK USA NA | $ 11,183.31 | $ 5,155.42 |
| 005 | CHASE BANK USA NA | $ 9,315.26 | $ 4,294.26 |

8.  Proposed dividends are approximations. Actual dividends may

> differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and 2003 Chevrolet Monte Carlo

Dated: December 7, 2007         For the Court,

                                KENNETH S. GARDNER
                                Kenneth S. Gardner
                                Clerk of the United States
                                219 S. Dearborn Street; 7th Floor
                                Chicago, IL 60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
            ORLAND PARK, IL 60462
Phone No.:  (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| PARENTEAU, MARGUERITE | |
| PARENTEAU, DONALD | CASE NO. 06B-13858 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 3,258.98 |
| 2. | Trustee's expenses | $ 60.00 |
| | TOTAL | $ 3,318.98 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 3,100.00 |
| | b. Expenses | $ 51.59 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,230.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses                          $_____0.00

3.    Other Professionals

                                         TOTAL         $_____4,381.59

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this _____ day of _____, 200__.


                        ENTERED   _____
                                       JOHN SQUIRES
                                       UNITED STATES BANKRUPTCY JUDGE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

858  Doc 43  Filed 12/07/07  Entered 12/09/07 23:34:59  Desc Imaged
Certificate of Service  Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1         Date Rcvd: Dec 07, 2007
Case: 06-13858                 Form ID: pdf002              Total Served: 18
```

The following entities were served by first class mail on Dec 09, 2007.
```
db          +Marguerite D. Parenteau,    4604 Sherwood Avenue,    Downers Grove, IL 60515-3035
jdb         +Donald M. Parenteau,    4604 Sherwood Avenue,    Downers Grove, IL 60515-3035
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Jay M Reese,    Jay M. Reese Attorney at Law,    286 W Fullerton,    Addison, IL 60101-3783
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10982942     ABN AMRO,    8201 Innovation Way,    Chicago, IL 60682-0082
10982943     At&T Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
10982944     BankCard Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
10982945     CardMember Service,    Visa,    P.O. Box 15153,    Wilmington, DE 19886-5153
10982946     Chase,    Visa,    P.O. Box 15298,    Wilimington, DE 19850-5298
11289023    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10982947     Citi Cards,    P.O. Box 688916,    Des Moines, IA 50368-8916
10982949     JP Morgan Chase Bank NA,    Illinois Market,    P.O. Box 260180,    Baton Rouge, LA 70826-0180
10982941    +Jay M Reese,    286 W Fullerton Avenue,    Addison, IL 60101-3783
10982940    +Parenteau Donald M,    4604 Sherwood Avenue,    Downers Grove, IL 60515-3035
10982939    +Parenteau Marguerite D,    4604 Sherwood Avenue,    Downers Grove, IL 60515-3035
```

The following entities were served by electronic transmission on Dec 08, 2007.
```
10982948    +Fax: 866-543-0087 Dec 08 2007 04:08:05     Hinsdale Bank,    Attn Bankruptcy Dept,
              25 E. First Street,    Hinsdale, IL 60521-4119
11034130    +Fax: 866-543-0087 Dec 08 2007 04:08:05     Hinsdale Bank & Trust Company,    25 E. First St.,
              Hinsdale, IL 60521-4119
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2007**          **Signature:**    _Joseph Speetjens_